UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Malcom David Adams**             Docket No. 4:20-CR-58-1BO

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Malcom David Adams, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(B), and 841(a)(1) and Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 16, 2021, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years. Malcom David Adams was released from custody on June 16, 2023, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 29, 2024, Adams committed, and was charged with, the misdemeanor offense of Possession of Drug Paraphernalia, by the Wilmington Police Department, in New Hanover County, North Carolina (24CR421309). On October 2, 2024, when confronted by the undersigned officer, Adams admitted to possessing two glass pipes, both used for smoking illicit substances. Further, Adams submitted to a urinalysis, which field tested positive for methamphetamine and amphetamine. When confronted with the results, Adams admitted to consuming methamphetamine on September 29, 2024. Adams signed an admission to drug usage form indicating his use of the substance. The sample was packaged for shipment to Abbott Laboratories for confirmation. Adams was verbally reprimanded for his conduct and expressed remorse. Therefore, it is respectfully recommended that the defendant's term of supervised release be continued to allow the defendant a chance to participate in a course of substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Malcom David Adams
Docket No. 4:20-CR-58-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: October 3, 2024 |

### ORDER OF THE COURT

Considered and ordered this __3__ day of __Oct.__, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge